

# NUMBER 13-21-00260-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

FARRELL PLUMBING &
COOLING, INC.,                                                        Appellant,

v.

AQUARIUS CONDOMINIUM
OWNERS ASSOCIATION, INC.,                                            Appellee.

## On appeal from the 107th District Court
## of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Justices Longoria, Hinojosa, and Silva**
**Memorandum Opinion by Justice Silva**

Appellant Farrell Plumbing & Cooling, Inc. filed a notice of restricted appeal from a default judgment entered in favor of appellee Aquarius Condominium Owners Association, Inc. The parties to this appeal have now filed a "Joint Motion for Disposition

Pursuant to Settlement." According to the motion, the parties mediated and reached a settlement agreement that resolved all the issues in this appeal and ask this Court to (1) reverse the trial court's judgment dated March 25, 2021; (2) render judgment dismissing all claims by all parties with prejudice; and (3) order that each party bear their own costs of the appeal.

The Court, having considered the documents on file and the joint motion for disposition, is of the opinion the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(2)(A). Accordingly, the joint motion is granted, the trial court's judgment is reversed, and we render judgment effectuating the parties' agreement, dismissing all claims by all parties with prejudice. *See id.* Pursuant to the motion, costs will be taxed against the party incurring the same. *See id.* R. 42.1(d).

Having resolved the appeal at the parties' request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
17th day of March, 2022.

2